MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENGNAN ZHOU,<br><br>                    Plaintiff,<br><br>         v.<br><br>EMILIA BARDINI, ET AL.,<br><br>                    Defendants. | CASE NO. 2:24-CV-02962-TLN-JDP<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

    The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on her pending asylum application, which she filed in 2015. USCIS has scheduled Plaintiff's asylum re-interview for February 24, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application following the successful complete of Plaintiff's asylum re-interview.

/ / /

/ / /

/ / /

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is June 24, 2025.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  January 24, 2025

MICHELE BECKWITH
Acting United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: January 24, 2025

By:  /s/ QUEENIE LI KWONG
QUEENIE LI KWONG
Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated:  January 27, 2025

_____
Troy L. Nunley
Chief United States District Judge

2